UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE HILL,<br><br>        Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>        Defendant. | Case No.: 3:21-cv-00158-WQH-NLS<br><br>**ORDER** |

HAYES, Judge:

  IT IS ORDERED that the Joint Motion to Dismiss (ECF No. 7) is GRANTED. This action against Defendant Midland Credit Management, Inc. is hereby dismissed with prejudice. Each party shall bear her/its own costs and attorney fees.

Dated: May 10, 2021

                 */s/ William Q. Hayes*
                Hon. William Q. Hayes
                United States District Court